# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

145360 & (73)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER ESTRADA CORNWELL,
      Defendant-Appellant.

SC: 145360
COA: 301660
Wayne CC: 10-007286-FC

_____/

By order of December 5, 2012, the prosecuting attorney was directed to answer the application for leave to appeal the May 1, 2012 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

p0225